SCHNITZLEIN v. HARDEE'S FOOD SYSTEMS, INC.

No. 379P99

Case below: 134 N.C.App. 153

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 October 1999.

STALEY v. LINGERFELT

No. 402P99

Case below: 134 N.C.App. 294

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 7 October 1999.

STATE v. ALLEN

No. 70A86-6

Case below: Halifax County Superior Court

Petition by defendant for writ of certiorari to review the decision of the Superior Court, Halifax County allowed 7 October 1999 for the limited purpose of remanding to the Superior Court, Halifax County, for determination on the merits of defendant's second motion for appropriate relief.

STATE v. ALLISON

No. 415P99

Case below: 125 N.C.App. 616

Petition by plaintiff for writ of certiorari to review the decision and order of the North Carolina Court of Appeals denied 7 October 1999.

STATE v. ANTHONY

No. 342PA99

Case below: 133 N.C.App. 573

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 4 November 1999. Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 4 November 1999.